IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AGORA, INC.,                              :
    Plaintiff                        :

                      :

    v.                                   :        Civil No. AMD 99-3162

                      :

AXXESS, INC., d/b/a                       :
FINANCIALWEB.COM, INC. and                :
STOCK DETECTIVE.COM, INC.,                :
    Defendants                       :

_____FILED _____ENTERED
_____LODGED _____RECEIVED

MAR 2 8 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____
                  DEPUTY

...oOo...

ORDER

In accordance with the foregoing Memorandum, it is this 28th day of March, 2000,

ORDERED

(1)    That the motion to dismiss filed by defendants is GRANTED AND THIS

CASE IS DISMISSED WITH PREJUDICE; and it is further ORDERED

(2)    That the Clerk shall CLOSE THIS CASE and TRANSMIT copies of this Order

and the foregoing Memorandum to all counsel.





_____
ANDRE M. DAVIS
United States District Judge